# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-10329-R**                                           **DATE: MAY 10, 2012**

**TITLE: SCOTT STEELE -V- JANATA et al**
================================================================
**PRESENT:**

<u>**HON. MANUEL L. REAL, JUDGE**</u>

<u>William Horrell</u>                                          <u>    N/A    </u>
**Deputy Clerk**                                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                    Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON MAY 21, 2012

AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record

**MINUTES FORM II**                                                       Initials of Deputy Clerk __WH__
**CIVIL - GEN**                              D-M